FILED

2008 MAR 19 PM 2:05

KNH   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GUILLERMO ALVAREZ-LOPEZ,<br><br>        Defendant. | Criminal Case No. 08 CR 0796 BTM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship; Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The grand jury charges:

### Count 1

On or about March 5, 2008, within the Southern District of California, defendant GUILLERMO ALVAREZ-LOPEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act

//

JDM:nlv:San Diego
3/18/08

1  to wit, crossing the border from Mexico into the United States, that
2  was a substantial step toward committing the offense, all in violation
3  of Title 8, United States Code, Sections 1326(a) and (b).
4      It is further alleged that defendant GUILLERMO ALVAREZ-LOPEZ was
5  removed from the United States subsequent to June 21, 2000.

## Count 2

7      On or about March 5, 2008, within the Southern District of
8  California, defendant GUILLERMO ALVAREZ-LOPEZ did falsely and
9  willfully represent to United States Department of Homeland Security
10 Border Patrol Officer J. Cuaresma, a person having good reason to
11 inquire into the nationality status of the defendant, that he was a
12 citizen of the United States; whereas, in truth and fact, as the
13 defendant then and there well knew, he was not a citizen of the United
14 States; in violation of Title 18, United States Code, Section 911.

## Count 3

16     On or about March 5, 2008, within the Southern District of
17 California, defendant GUILLERMO ALVAREZ-LOPEZ, in a matter within the
18 jurisdiction of the United States, namely, the United States
19 Department of Homeland Security, Customs and Border Protection, a
20 department and agency of the United States, did knowingly and
21 willfully make false, fictitious and fraudulent statements and
22 representations as to material facts in that he did represent and
23 state to the Border Patrol Officer J. Cuaresma that his true name was
24 Jose Guillermo Alvarez Valdez, and that his Date of Birth was
25 //
26 //
27 //
28 //

1  November 30, 1979, whereas in truth and fact as defendant then and
2  there well knew, those statements and representations were false,
3  fictitious and fraudulent when made; in violation of Title 18, United
4  States Code, Section 1001.

     DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney