UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case NO. 08CR0796-BTM |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GUILLERMO ALVAREZ-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Andrew Schopler, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101


Dated: April 2, 2008                                     /s/Sara M. Peloquin
                                                                     **SARA M. PELOQUIN**
                                                                     Federal Defenders
                                                                     225 Broadway, Suite 900
                                                                     San Diego, CA 92101-5030
                                                                     (619) 234-8467  (tel)
                                                                     (619) 687-2666  (fax)
                                                                     Email:sara_peloquin@fd.org