1  **SARA M. PELOQUIN**
   California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4
   Attorneys for Mr. Alvarez-Lopez
5

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE BARRY T. MOSKOWITZ)**

11
   UNITED STATES OF AMERICA,            )   Case No. 08CR0796-BTM
12                                      )   Date: April 18, 2008
                Plaintiff,              )   Time: 1:30 p.m.
13                                      )
                                        )
14 v.                                   )   **JOINT MOTION TO CONTINUE**
                                        )   **MOTION HEARING**
15                                      )
   GUILLERMO ALVAREZ-LOPEZ,             )
16                                      )
                                        )
17              Defendant.              )
18 _____)

19         THE PARTIES HEREBY MOVE this Court to continue the motion hearing scheduled for
20 Friday, April 18, 2008 at 1:30 pm to Thursday, May 1, 2008 at 1:30pm.

21

22

23 Dated: April 11, 2008              */s/ Sara M. Peloquin*
                                      **SARA M. PELOQUIN**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Alvarez-Lopez
25

26 Dated: April 11, 2008              */s/ Andrew Schopler*
                                      **ANDREW SCHOPLER**
27                                    Assistant United States Attorney

28