UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                  )<br>               Plaintiff,                           )<br>                                                                  )<br>v.                                                             )<br>                                                                  )<br>GUILLERMO ALVAREZ-LOPEZ,        )<br>                                                                  )<br>               Defendant.                         )<br>_____) | Case NO. 08CR0796-BTM<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>   Andrew Schopler , Assistant United States Attorney
>   880 Front Street
>   San Diego, CA  92101

Dated: April 11, 2008                                                    */s/Sara M. Peloquin*
                                                                                         **SARA M. PELOQUIN**
                                                                                         Federal Defenders
                                                                                         225 Broadway, Suite 900
                                                                                         San Diego, CA 92101-5030
                                                                                         (619) 234-8467  (tel)
                                                                                         (619) 687-2666  (fax)
                                                                                         Email:sara_peloquin@fd.org