UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR 0796-BTM |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING** |
| GUILLERMO ALVAREZ-LOPEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion hearing scheduled for Friday, April 18, 2008 is continued to Thursday, May 1, 2008 at 1:30 pm.

**SO ORDERED.**

DATED: April 11, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge