**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Alvarez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0796-BTM |
| ) | Date: May 15, 2008 |
| Plaintiff, ) | Time: 1:30 p.m. |
| ) | |
| v. ) | **JOINT MOTION TO CONTINUE** |
| ) | **MOTION HEARING** |
| GUILLERMO ALVAREZ-LOPEZ ) | |
| ) | |
| Defendant. ) | |

THE PARTIES HEREBY MOVE this Court to continue the motion hearing scheduled for May 15, 2008 at 1:30 p.m. to June 20, 2008 at 2:00 p.m.


Dated: May 13, 2008          */s/ Sara M. Peloquin*
                             **SARA M. PELOQUIN**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Alvarez-Lopez


Dated: May 13, 2008          */s/ Andrew Schopler*
                             **ANDREW SCHOPLER**
                             Assistant United States Attorney