1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.08CR 0796-BTM |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING** |
| GUILERRMO ALVAREZ-LOPEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion hearing scheduled for May 15, 2008 is continued to June 20, 2008 at 2:00 pm.

IT IS **SO ORDERED.**

DATED:  May 13, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge

03cr3002-IEG